UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| KEI'CHOURA M. CATHEY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:16-cv-00115 |
| MAURY COUNTY SHERIFF'S DEPARTMENT, SHERIFF BUCKY ROWLAND, and MAURY COUNTY, TENNESSEE, | ) ) ) ) ) ) | Magistrate Judge Brown |
| Defendants. | ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, Defendants' Motion to Dismiss (Doc. 8) is **GRANTED**. Plaintiff's Fourteenth Amendment claim against Defendant Maury County is **DISMISSED WITH PREJUDICE**, and Plaintiff's claim of negligent infliction of emotional distress against Defendant Maury County is **DISMISSED WITHOUT PREJUDICE**. All claims against the Maury County Sheriff's Department and Sheriff Rowland were previously dismissed with prejudice. (Doc. 18). The June 26, 2018, pretrial conference and July 17, 2018, trial are **CANCELLED**.

The Clerk is shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so ORDERED.

/s/ Joe B. Brown
JOE B. BROWN
UNITED STATES MAGISTRATE JUDGE